Argued and submitted May 24, affirmed July 14, 1993

In the Matter of the Compensation of
Steven J. Spaur, Claimant.

Steven J. SPAUR,
*Petitioner,*

*v.*

ASHENBERNER LUMBER
and SAIF Corporation,
*Respondents.*

(WCB 91-14894; CA A77755)

855 P2d 664

Darrell E. Bewley, Salem, argued the cause for petitioner. With him on the brief was Richard F. McGinty, Salem.

Steven Cotton, Special Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. *O'Neal v. Tewell*, 119 Or App 329, 850 P2d 1144 (1993).